UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PHILIP TRAGALE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES G. COX, et al.,<br><br>　　　　　　Defendants. | Case No. 3:13-cv-00233-MMD-WGC<br><br>ORDER |

   Plaintiff has submitted a *pro se* civil rights complaint.  However, his application to proceed *in forma pauperis* is incomplete; he has failed to include the financial certificate signed by an authorized officer as well as his institutional account statement.  *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2.  Moreover, the Local Rules require plaintiffs appearing in *pro se*, such as this plaintiff, to file all of their complaints and petitions on the court's approved forms.  LSR 2-1("[a] civil rights complaint filed by a person who is not represented by counsel shall be on the form provided by this court.").  Accordingly, plaintiff's action is dismissed without prejudice.  If plaintiff wishes to pursue this matter, he should file a new action, with a new case number, along with either the $350 filing fee or a completed application to proceed *in forma pauperis* on the court-approved form.  The application must be accompanied by all required financial documentation, including the institutional account statement, as described in the instructions for use of the form.

Finally, the Court notes that plaintiff has listed as plaintiffs himself and "all past and present inmates of Northern Nevada Correctional Center." Pro se litigants have the right to plead and conduct their own cases personally. *See* 28 U.S.C. § 1654. However, pro se litigants have no authority to represent anyone other than themselves. *See Cato v. United States*, 70 F.3d 1103, 1105 n.1 (9th Cir. 1995); *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987); *Church of the New Testament v. United States*, 783 F.2d 771, 773 (9th Cir. 1986); *McShane v. United States*, 366 F.2d 286, 288 (9th Cir. 1966); *see* Local Rule 83-183 (parties may not delegate their rights to a non-attorney).

IT IS THEREFORE ORDERED that the Clerk shall detach and file the complaint (dkt. no. 1-1).

IT IS FURTHER ORDERED that this action is DISMISSED without prejudice.

IT IS FURTHER ORDERED that the Clerk shall send plaintiff the approved forms for filing a civil rights lawsuit under 42 U.S.C. §1983, an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."

IT IS FURTHER ORDERED that the Clerk shall enter judgment accordingly and close this case.

DATED THIS 17th day of June 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE